# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

ELVIS SLAYTON,

    Plaintiffs,

v.

FERALLOY CORPORATION, et al,

    Defendant.                              No. 13-cv-424-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 56), entered on April 7, 2016, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:     /s/*Caitlin Fischer*
                                                 Deputy Clerk

Dated: April 7, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.04.07 14:55:16 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT